# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILILAM MACK BRYSON, JR., | Case No. 1:15-cv-00329---SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | THIRTY (30) DAY DEADLINE |
| Defendants. | |

On March 3, 2015, Plaintiff William Mack Bryson, Jr. ("Plaintiff") filed the complaint in this action. Plaintiff has not paid the filing fee in this action and has not filed an application to proceed in forma pauperis without prepayment of the fee.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to send Plaintiff an in forma pauperis application form; and

2. Plaintiff shall pay the $400.00 filing fee for this action or file an application to proceed in forma pauperis within thirty (30) days of the date of service of this

///
///
///

1

order.  Plaintiff is forewarned that failure to pay the filing fee and failure to file an application to proceed in forma pauperis will result in dismissal of this action.

IT IS SO ORDERED.

Dated: __**March 4, 2015**__

UNITED STATES MAGISTRATE JUDGE

2