# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILILAM MACK BRYSON, JR., | Case No. 1:15-cv-00329-KJM-SAB |
|---|---|
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING THIS ACTION |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | FOURTEEN (14) DAY DEADLINE |
| Defendants. | |

On March 3, 2015, Plaintiff William Mack Bryson, Jr. ("Plaintiff") filed the complaint in this action. Plaintiff did not paid the filing fee or file an application to proceed in forma pauperis without prepayment of the fee. Therefore, on March 5, 2015, the Court issued an order directing Plaintiff to file an application to proceed in forma pauperis or pay the filing fee within thirty days. The May 5, 2015 order advised Plaintiff that failure to pay the filing fee or submit an application to proceed in forma pauperis would result in dismissal of this action. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the May 5, 2015 order.

Accordingly, it is HEREBY RECOMMENDED that this action be dismissed without prejudice for Plaintiff's failure to pay the filing fee or submit an application to proceed in forma pauperis in compliance with the March 5, 2015 order.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304. Within fourteen (14) days of service of this recommendation, any party may file written objections to these findings and recommendations with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **April 15, 2015**

UNITED STATES MAGISTRATE JUDGE